# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MICHAEL FRANCIS DALY,
    Petitioner,

v.                                       CASE NO. 3:15cv189/MCR/EMT

JULIE JONES,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 12, 2016. ECF No. 29. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 24, is **DENIED without prejudice**.

3. This habeas case is **STAYED** and removed from the Court's active docket pending further order.

4. Petitioner is required to notify the Court of the state court's final disposition of his Rule 3.850 motion, and that he do so within **SIXTY (60) DAYS** of the state court's final disposition.

**DONE AND ORDERED** this 13th day of June, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**